**GAMBLE ENTERPRISES, Inc., Petitioner,
v. NATIONAL LABOR RELATIONS
BOARD, Respondent.**

**No. 11405.**

United States Court of Appeals
Sixth Circuit.

April 10, 1953.

Supplemental Order April 21, 1953.

Jones, Day, Cockley & Reavis, Cleveland, Ohio, for petitioner.

Geo. J. Bott, A. Norman Somers, Washington, D. C., for respondent.

Herschel Kriger, Canton, Ohio, and Henry Kaiser, Washington, D. C., for intervenor.

PER CURIAM.

In pursuance of a Mandate from the Supreme Court of the United States, after the announcement of its decision, 345 U.S. 117, 73 S.Ct. 560, reversing our judgment of May 9, 1952, 196 F.2d 61,

It is now ordered that our judgment and order are set aside and held for naught and the cause is remanded to the National Labor Relations Board for further proceedings not inconsistent with the opinion and mandate of the Supreme Court.

Supplemental Order

PER CURIAM.

Our order of April 10, 1953 remanding the cause to the National Labor Relations Board for further proceedings, 202 F.2d 954, is set aside and the following order is to be entered.

In pursuance of a mandate from the Supreme Court of the United States, after the announcement of its decision reversing our judgment of May 9, 1952, 196 F.2d 61, it is now ordered and adjudged that our judgment entered in the said cause on the 9th day of May, 1952, is in conformity with the opinion of the Supreme Court of the United States, 345 U.S. 117, 73 S.Ct. 560, and its mandate therein is

Reversed and the petition to set aside the order of the National Labor Relations Board dismissing the complaint against Local No. 24 American Federation of Musicians is denied and the said order is affirmed.

■

**William R. COLLINS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 11689.**

United States Court of Appeals
Sixth Circuit.

April 13, 1953.

Wm. R. Collins, Cincinnati, Ohio, for petitioner.

H. Brian Holland, Ellis N. Slack, Charles W. Davis, Wm. D. Crampton and Hilbert Zarky, Washington, D. C., for respondent.

Before ALLEN, MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This case has been heard and considered on the record and on the oral arguments and briefs of the petitioner and the attorney for the respondent, Commissioner of Internal Revenue;

And it appearing that the findings of fact were stipulated by the parties and that the reasoning of the Tax Judge, on the issue of depreciation and on the issue of the amount by which the original basis of the property sold should be adjusted for depreciation prior to sale, was logical and well grounded in law with the result that the Tax Court correctly determined the deficiencies in the income tax of the petitioning taxpayer for the years 1945 and 1946 to be properly and correctly assessed;

The decision of the Tax Court, 18 T.C. 99, is ordered to be affirmed.